WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007
Stephen Karotkin
Frank Grese
Erika del Nido
Marvin Mills

*Attorneys for Helen Biggett*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CALVIN JACKSON, | Case No. 12-13722 (BRL) |
| Debtor. | |
| HELEN BIGGETT, | |
| Plaintiff, | |
| v. | Adversary Proceeding |
| CALVIN JACKSON, | Case No. 13-01688 (BRL) |
| Defendant. | |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pre-trial conference in the adversary proceeding captioned above, scheduled for January 7, 2013 at 10:00 a.m. (prevailing Eastern Time) before the Honorable Burton R. Lifland, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at Alexander Hamilton Custom House,

One Bowling Green, Courtroom 623, New York, New York has been adjourned to **Tuesday,**

**January 28, 2014, at 10:00 a.m. (prevailing Eastern Time)**.

Dated:  January 2, 2014
        New York, New York

                                                /s/ Stephen Karotkin
Stephen Karotkin
Frank Grese
Erika del Nido
Marvin Mills

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Helen Biggett*