| | |
|---|---|
| WAYNE GREENWALD, P.C. | Hearing Date: February 20, 2014 |
| Attorneys for the Debtor-Defendant, | Hearing Time: 10:00 a.m. |
| Calvin Jackson | |
| 475 Park Avenue South - 26th Floor | |
| New York, New York 10016 | |
| 212-983-1922 | |
| Wayne M. Greenwald | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re                                                                                    Case No.: 12-13722-BRL

    CALVIN JACKSON,                                                Chapter 7

                              Debtor.
---------------------------------------------------------X
HELEN BIGGETT,                                                           Adv No. 13-01688-BRL

                              Plaintiff,

-against-

CALVIN JACKSON,

                             Defendant.
---------------------------------------------------------------------X

## NOTICE OF THE DEBTOR-DEFENDANT'S MOTION FOR ORDERS DISMISSING CLAIMS ASSERTED IN THE COMPLAINT

| | |
|---|---|
| **MOTION BY:** | The Debtor-Defendant, Calvin Jackson |
| **PLACE, DATE AND TIME OF MOTION:** | At the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 623, February 20, 2014, 10:00 a.m. |
| **RELIEF SOUGHT:** | Orders: a.) pursuant to Fed.R.Civ.P. 9(b) and 12(b)(6), made applicable herein by Fed.R.Bankr.P. 7009 and 7012, granting judgment dismissing |

|  |  |
|---|---|
|  | Counts IV and IV asserted in the Complaint in this actionfor failing to state claims for relief; and |
|  | b.) granting such other and further relief as this Court deems proper |
| **SUPPORTING PAPERS:** | "The Debtor-Defendant's Verified Motion for Orders Dismissing Claims Asserted in the Complaint with Points and Authorities" dated January 14, 2014. |
| **RESPONSIVE PAPERS:** | if any, are required to be received by the undersigned and filed with the Court with a courtesy copy to chambers in accordance with the rules of this Court. |

Dated: New York, New York
      January 14, 2014

                      WAYNE GREENWALD, P.C.
*Attorneys for the Debtor-Defendant,*
*Calvin Jackson*
at 475 Park Avenue So. - 26th Floor
New York, NY 10016
212-983-1922

By: /s/ Wayne M. Greenwald Officer
      Wayne M. Greenwald