WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone:  (212) 310-8000  
Facsimile:  (212) 310-8007  
Stephen Karotkin  
Frank Grese  
Erika del Nido  

*Attorneys for Helen Biggett*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| CALVIN JACKSON, | Case No. 12-13722 (CGM) |
| Debtor. | |
| HELEN BIGGETT, | |
| Plaintiff, | |
| v. | Adversary Proceeding |
| CALVIN JACKSON, | Case No. 13-01688 (CGM) |
| Defendant. | |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pre-trial conference in the adversary proceeding captioned above, scheduled for January 28, 2014 at 10:00 a.m. (prevailing Eastern Time) before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at Alexander Hamilton Custom House,

One Bowling Green, Courtroom 610, New York, New York has been adjourned to **Thursday, February 6, 2014, at 11:00 a.m. (prevailing Eastern Time)**.

Dated: January 24, 2014
       New York, New York

/s/ Stephen Karotkin
Stephen Karotkin
Frank Grese
Erika del Nido

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Helen Biggett*