# WAYNE GREENWALD, P.C.
*Attorneys*

at 475 Park Avenue South - 26th Floor
New York, New York 10016
Tel: 212-983-1922   Fax: 212-9831965
e-mail: grimlawyers@aol.com
BankruptcyStrategies.com

W. M. Greenwald

February 13, 2014

**Via ECF and First Class Mail**

Hon. Cecilia Morris
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

      **Re:**    *Biggett v. Jackson,* **Adv No.** 13-01688-cgm
               *Davis v. Jackson,* Adv. No 12-13722-cgm

Dear Judge Morris:

      This firm represents the Debtor-Defendant in the referenced adversary proceedings.

      The parties are finalizing a resolution to these action. The Plaintiffs' responses to the Debtor's motions to dismiss these action would ordinarily be due today. Since the parties are resolving these actions without further litigation, having them file an opposition to the motions is an unnecessary and unfair burden.

      After conferring with a representative of the U.S. Trustee's Office, the Debtor-Defendant asks that the hearings on his motions to dismiss be adjourned from February 20, 2014 to March 6, 2014. This way the parties can finalize these actions' resolution without the Plaintiffs having to file opposing papers now.

      We trust that we will be contacted if Your Honor has any questions in this regard. Thank you for your courtesy and consideration in this regard.

      Respectfully,

      /s/ Wayne M. Greenwald
      Wayne M. Greenwald

WMG/ms

cc:    Andy Velez-Rivera, Esq.
        Erika del Nido, Esq.